# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **MARK ALLYN SPEARS,** ) | |
| Plaintiff, ) | **Civil Action No. 7:11CV00545** |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **SOUTHWEST VIRGINIA REGIONAL** ) | **By: Norman K. Moon** |
| **JAIL- ABINGDON FACILITY,** ) | **United States District Judge** |
| Defendant. ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Spears' motion to proceed *in forma pauperis* is **GRANTED**, this complaint pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this action shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to the parties.

**ENTER**: This 30th day of November, 2011.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE